## Martin, Appellant, *v.* Mihalko.

Argued March 17, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Cyril T. Garvey,* with him *Evans and Garvey,* for appellant.

*George Hardy Rowley,* with him *Voorhies, Dilley, Keck, Rowley & Wallace,* for appellee.

OPINION PER CURIAM, July 2, 1970:
Judgment affirmed.